1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| MARIA DEL CARMEN ROMO, | Case No. 1:25-cv-01377-KES-SAB-HC |
| Petitioner, | |
| v. | ORDER DIRECTING PARTIES TO SUBMIT JOINT STATEMENT |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

16

17    Petitioner, represented by counsel, is a federal immigration detainee proceeding with a

18 petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

19    On October 16, 2025, Petitioner filed a petition for writ of habeas corpus and a motion

20 for temporary restraining order ("TRO"). (ECF Nos. 1, 3.) On November 6, 2025, Petitioner was

21 released from Respondents' custody. (ECF Nos. 18, 19.) On December 8, 2025, the assigned

22 district judge referred the petition and the motion for TRO to the undersigned for preparation of

23 findings and recommendations and/or other appropriate action. (ECF No. 20.)

24 ///

25 ///

26 ///

27 ///

28 ///

1

1    The Court HEREBY ORDERS that on or before Monday, December 15, 2025, the parties

2    SHALL meet and confer and submit a joint statement regarding mootness issues, case

3    management, and any proposed briefing schedule.

4

5    IT IS SO ORDERED.

6    Dated:   **December 11, 2025**

     STANLEY A. BOONE
7    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28